UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

---

TRACY L. WINK,

    Plaintiff,

v.                            Case Number: 14-367

MILLER COMPRESSING COMPANY,

    Defendant.

---

CIVIL L. R. 7.1 DISCLOSURE STATEMENT

---

The undersigned, counsel for the plaintiff herein, furnishes the following list in compliance with Civil L. R. 7.1 and Fed. R. Civ. P. 7.1:

(1) Tracy L. Wink is the full name of the party the attorney represents in the action;

(2) there is no parent corporation or publicly held corporation owning 10% or more of its stock; and

(3) Alan C. Olson & Associates, S.C. will appear for and on behalf of the plaintiff.

Dated this 1st day of April, 2014.

                                    s/ Alan C. Olson
                                    Alan C. Olson, Bar Number: 1008953
                                    Attorney for Plaintiff
                                    Alan C. Olson & Associates, S.C.
                                    2880 S. Moorland Rd.
                                    New Berlin, WI  53151
                                    Telephone: (262) 785-9606
                                    Fax: (262) 785-1324
                                    Email: AOlson@Employee-Advocates.com