IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

| | |
|---|---|
| TRACY L. WINK, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) Case no. 14-cv-00367 |
| | ) |
| MILLER COMPRESSING COMPANY, | ) |
| | ) |
| Defendant. | ) |

**MOTION FOR EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendant, Miller Compressing Company (collectively "Defendant"), through its undersigned counsel, for its motion for an extension of time to answer or otherwise plead, states as follows:

1. On April 1, 2014, Plaintiff Tracy L. Wink ("Plaintiff") filed her Complaint for FMLA Interference, FMLA Retaliation, Non-Payment of Wages and Breach of Contract (the "Complaint") against Defendant.

2. On April 1, 2014, the summons was served on Defendant, thereby making its responsive pleading due on April 22, 2014.

3. The undersigned counsel has worked diligently to review the underlying facts surrounding Plaintiff's Complaint, but requires additional time to properly respond thereto.

4. Accordingly, pursuant to Rule 6 (b)(1)(A) of the Federal Rules of Civil Procedure, counsel for Defendant respectfully requests that the time in which Defendant may respond to Plaintiff's Complaint be enlarged from April 22, 2014, to and including May 27, 2014.

5. This is the first request for an extension of time and is not interposed for the purpose of delay and will not prejudice Plaintiff.

WHEREFORE, Miller Compressing Company hereby requests the entry of an order:

i. Granting this motion in its entirety;

ii. Extending the date by which Defendant to answer or otherwise plead in response to Plaintiff's Complaint to May 27, 2014; and,

iii. Granting such other and further relief as this Court deems just and proper.

Dated: May 2, 2014

Respectfully submitted,

_s/ Susan Lorenc_
One of their Attorneys

Susan Lorenc (WI 1041837)
Thompson Coburn LLP
55 E. Monroe, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
Fax: (312) 782-6894

Attorney for Defendant