UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TRACY L. WINK,

    Plaintiff,

    v.                                          Case Number: 2:14-cv-00367-NJ

MILLER COMPRESSING COMPANY,

    Defendant.

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

PLEASE TAKE NOTICE that the plaintiff, Tracy L. Wink, hereby moves the court, pursuant to Fed. R. Civ. P. 56(b) for Summary Judgment on her claims of interference and retaliation by defendant, Miller Compressing Company, in violation of The Family and Medical Leave Act of 1993.

The bases of Plaintiff's Motion For Summary Judgment are set forth in the Plaintiff's Proposed Findings of Fact; Brief in Support of Plaintiff's Motion For Summary Judgment; and, Declaration of Alan Olson with annexed deposition transcripts and exhibits, all filed herewith.

Dated this <u>11th</u> day of March, 2015.

                                              <u>s/Alan C. Olson</u>
                                              Alan C. Olson, Bar Number: 1008953
                                              Attorney for Plaintiff
                                              Alan C. Olson & Associates, S.C.
                                              2880 S. Moorland Rd.
                                              New Berlin, WI 53151
                                              Telephone: (262) 785-9606
                                              Fax: (262) 785-1324
                                              Email: AOlson@Employee-Advocates.com