# United States District Court
Eastern District of Wisconsin

### AMENDED JUDGMENT IN A CIVIL CASE

**TRACY L. WINK,**

                **Plaintiff,**

   v.                                    Case No. 14-CV-367

**MILLER COMPRESSING COMPANY,**

                **Defendant.**

☒    **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Tracy L. Wink and against the defendant Miller Compressing Company. The plaintiff is to recover from Miller Compressing Company the amount of $63,600.00, consisting of $60,000.00 on her FMLA retaliation claim, $1,800.00 on her breach of contract claim, and $1,800.00 on her non-payment of wages claim.

☒    **Decision by Court.** This action came before the court, the issues have been decided and a decision has been rendered.

      **IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of the plaintiff Tracy L. Wink and against the defendant Miller Compressing Company. The plaintiff is to recover from Miller Compressing Company the amount of $173,497.76 consisting of $4,592.00 in prejudgment interest, $64,592.00 in liquidated damages, $103,216.00 in attorneys' fees,

$197.76 in costs under 29 U.S.C. § 2617(a)(3), and $900.00 under Wis. Stat. § 109.11(2).

Approved:  *s/Nancy Joseph*
NANCY JOSEPH
United States Magistrate Judge

Dated: May 3, 2016

JON W. SANFILIPPO
Clerk of Court

*s/Becky Ray*
(By) Deputy Clerk