UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TRACY L. WINK,

    Plaintiff,

    v.        Case Number: 2:14-cv-00367-NJ

MILLER COMPRESSING COMPANY,

    Defendant.

PLAINTIFF'S MOTION FOR
ADDITIONAL ATTORNEY FEES AND COSTS

The Plaintiff, Tracy L. Wink, through her attorneys, Alan C. Olson & Associates, s.c., by Alan Olson, hereby moves pursuant to Fed. R. Civ. P. 54(d)(2), 59(e); 29 U.S.C. § 2617(a)(3); and, §§109.03(6) and 109.11, Wis. Stats., to amend the Seventh Circuit's January 9, 2017 Final Judgment, for inclusion of an award of Plaintiff's attorney fees and costs. This Motion contemplates fees and costs incurred litigating this case and the appeal since the Plaintiff's September 4, 2015 motion for attorney fees, in the fairly estimated amount, pursuant to Fed. R. Civ. P. 54(d)(2)(B)(iii), of approximately $50,000, to be supported by detailed declarations and petitions on a schedule to be set by the Court.

Dated this 23rd day of January, 2017.

                        s/Alan C. Olson
                        Alan C. Olson, Bar Number: 1008953
                        Attorney for Plaintiff
                        Alan C. Olson & Associates, S.C.
                        2880 S. Moorland Rd.
                        New Berlin, WI 53151
                        Telephone: (262) 785-9606
                        Fax: (262) 785-1324
                        Email: AOlson@Employee-Advocates.com