UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

TRACY L. WINK,

        Plaintiff,

v.

MILLER COMPRESSING COMPANY,

        Defendant.

Case No. 2:14-cv-00367-NJ

## JOINT SATISFACTION OF JUDGMENT

The parties to this action, by and through their undersigned counsel, hereby stipulate that the parties have reached a settlement of the above-captioned case and that the judgment entered on May 3, 2016, as amended on February 3, 2017 (Dkt. No. 144), against Miller Compressing Company has been satisfied in full.

Respectfully submitted,

By: /s/ *Alan C. Olson*
Alan C. Olson
Alan C. Olson & Associates, S.C.
2880 S. Moorland Rd.
New Berlin, WI 53151
Telephone: (262) 785-9606
Fax: (262) 785-1324
*Attorney for Plaintiff*

By: /s/ *Susan Lorenc*
Susan Lorenc
Ryan J. Gehbauer
Thompson Coburn LLP
55 E. Monroe, 37th Floor
Chicago, Illinois 60603
Telephone: (312) 346-7500
Fax: (312) 782-6894
*Attorneys for Defendant*